**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE, CHASE CARD, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., INNOVIS DATA SOLUTIONS, INC., TRANS UNION, LLC, and SELECT PORTFOLIO SERVICING, LLC,<br><br>   Defendants. | Case No. 2:19-cv-00067-APG-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Jacqueline Steinmetz ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On January 10, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 1, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's

1                                                                                                          KB/26033

1 counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 22, 2019, provided that Trans Union's counsel participates in a 26(f) conference if scheduled prior to this date.  This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 30th day of January 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
------
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC and KNEPPER & CLARK, LLC**

//S// Miles N. Clark
------
David H. Krieger
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainsandkrieger.com
and
Matthew I. Knepper
Miles N. Clark
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, Nevada 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Matthew.knepper@knepperclark.com
***Counsel for Plaintiff***

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __31st__ day of _____ January _____ 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

KB/26033