| | |
|---|---|
| 1 | Chad C. Butterfield, Esq. |
| | Nevada Bar No. 010532 |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| | 300 South Fourth Street, 11th Floor |
| 3 | Las Vegas, Nevada 89101 |
| | (702) 727-1400; FAX (702) 727-1401 |
| 4 | chad.butterfield@wilsonelser.com |
| | *Attorneys for Defendant* |
| 5 | *AMERICAN HONDA FINANCE CORPORATION* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE STEINMETZ | Case No.: 2:19-cv-00067-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; AND SELECT PORTFOLIO SERVICING, LLC, | **(First Request)** |
| Defendants. | |

Defendant, AMERICAN HONDA FINANCE CORPORATION (erroneously sued as American Honda Finance, and hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, ERIC STEINMETZ, by and through his counsel of record, MILES N. CLARK, ESQ. of the law firm KNEPPER & CLARK LLC hereby stipulate and agree to extend the deadline for filing a responsive pleading to March 1, 2019. Counsel for AHFC agrees to participate in a Rule 26(f) conference if scheduled prior to this date.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for AHFC has only recently been retained to represent AHFC in this matter and has only recently obtained the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

1

This is the parties' first request for extension of the deadline.

DATED this 27th day of February, 2019.

        **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER LLP**

        */s/ Chad C. Butterfield*
        Chad C. Butterfield, Esq.
        Nevada Bar No. 10532
        300 South Fourth Street, 11th Floor
        Las Vegas, NV 89101
        *Attorneys for Defendant American Honda*
        *Finance Corporation*

DATED this 27th day of February, 2019.

        **KNEPPER & CLARK LLC**

        */s/ Miles N. Clark*
        Matthew I. Knepper, Esq.
        Nevada Bar No. 12796
        Miles N. Clark, Esq.
        Nevada Bar No. 13848
        10040 W. Cheyenne Ave., Suite 170-109
        Las Vegas, NV 89129
        *Attorney for Plaintiff Eric Steinmetz*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  28th  day of   February  , 2019.

        *George Foley Jr.*
        UNITED STATES MAGISTRATE JUDGE

1427287V.1