UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>  Plaintiff,<br>v.<br>AMERICA HONDA FINANCE, *et al.*,<br><br>  Defendants. | Case No. 2:19-cv-00067-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Experian Information Solutions, Inc. ("Experian")'s Motion to Stay Discovery (ECF No. 22), filed on March 1, 2019.

Defendant requests a stay of discovery pending a ruling on its motion to dismiss. ECF No. 14. On March 11, 2019, Plaintiff filed an amended complaint. ECF No. 28. On March 13, 2019, the Court denied Defendant's motion to dismiss as moot. *See* ECF No. 29. The Court, therefore, denies without prejudice Defendant's motion to stay discovery as moot and the hearing set for March 27, 2019 at 1:30 PM is hereby vacated. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Discovery (ECF No. 22) is **denied** without prejudice as moot.

**IT IS FURTHER ORDERED** that the hearing set for March 27, 2019 at 1:30 PM is hereby **vacated**.

Dated this 15th day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1