WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE STEINMETZ, | Case No.: 2:19-cv-00067-APG-GWF |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |
| vs. | |
| AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; AND SELECT PORTFOLIO SERVICING, LLC, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff, Jacqueline Steinmetz ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On January 10, 2019, Plaintiff filed her Complaint [ECF No. 1]. SPS filed its Answer on March 4, 2019 [ECF No. 26]. On March 11, 2019, Plaintiff filed her First Amended Complaint [ECF No. 28]. Based on the above service, SPS's answer is due on March 25, 2019. The Parties have discussed extending the deadline for SPS to respond to First Amended Complaint for one week while the Parties explore the potential for settlement.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for SPS to file its Answer to the First Amended Complaint be extended to April 1, 2019.

C

This is the first stipulation for extension of time for SPS to file its Answer to Plaintiff's First Amended Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 25th day of March, 2019.  
WRIGHT, FINLAY & ZAK, LLP

/s/ Krista J. Nielson
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

DATED this 25th day of March, 2019.  
KNEPPER & CLARK LLC

/s/ Miles N. Clark
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff, Jacquenline Steinmetz*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/26/2019