Lindsay C. Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: demareel@ballardspahr.com

Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as Chase Card)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING, LLC,<br><br>    Defendants. | CASE NO. 2:19-cv-00067-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. (incorrectly named as Chase Card) TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(First Request) |

    Chase Bank USA, N.A.'s (incorrectly named as "Chase Card") ("Chase") response to Plaintiff Jacqueline Steinmetz's ("Plaintiff") first amended complaint is currently due April 3, 2019. Chase and Plaintiff agree that Chase has up to and including May 3, 2019 to respond to Plaintiff's complaint, to provide time for the parties to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Chase to prepare a response. Notwithstanding this requested extension, Chase agrees to participate in a Rule 26(f) conference.

/ / /

/ / /

DMWEST #17703735 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 2nd day of April, 2019

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Defendant Chase Bank USA, N.A.*<br>*(incorrectly named as Chase Card)* | By: /s/ Miles Clark<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>10040 W., Cheyenne Ave., Suite 170-109<br>Las Vegas, Nevada 89129<br>(702)-825-6060 |

HAINES & KRIEGER
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
(702) 880-5554

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: April 8, 2019

2