Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORAMTION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; AND SELECT PORTFOLIO SERVICING, LLC,<br><br>Defendants. | Case No. 2:19-cv-00067-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 37]**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: January 10, 2019<br>FAC filed: March 11, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Jacqueline Steinmetz ("Plaintiff"), by and through their counsel of record, hereby submit this stipulation to extend time for Experian to file its reply in support of its motion to dismiss filed on March 25, 2019 (ECF No. 37) pursuant to LR IA 6-1.

Plaintiff filed her First Amended Complaint on March 11, 2019. (ECF No. 28). Experian filed its motion to dismiss on March 25, 2019. (ECF No. 37). Plaintiff filed her opposition to Experian's motion to dismiss on April 8, 2019. (ECF No. 50). Currently, Experian's reply in support of its motion to dismiss is due April 15, 2019. Plaintiff and Experian stipulate and agree

that Experian shall have a one-week extension or until April 22, 2019, to file its reply in support

of its motion to dismiss.

This is Experian's first request for an extension of time to file its reply in support of its

motion to dismiss and is not intended to cause any delay or prejudice to any party, but rather to

allow Experian time to respond to the arguments set forth in Plaintiff's opposition and taking into

account several other filings that Experian has due around this time in this District.

DATED this 10th day of April 2019.


KNEPPER & CLARK LLC                    NAYLOR & BRASTER


By: */s/ Miles N. Clark*                 By: */s/ Jennifer L. Braster*
　　Matthew I. Knepper (NBN 12796)         Jennifer L. Braster
　　Miles N. Clark (NBN 13848)            Nevada Bar No. 9982
　　10040 W. Cheyenne Ave., Suite 170-109  Andrew J. Sharples
　　Las Vegas, NV 89129                   Nevada Bar No. 12866
　　　　　　　　　　　　　　　　　　　　　　　　1050 Indigo Drive, Suite 200
　　David H. Krieger (NBN 9086)           Las Vegas, NV 89145
　　HAINES & KRIEGER
　　8985 S. Eastern Avenue, Suite 350      Cheryl L. O'Connor
　　Las Vegas, NV 89123                   Nevada Bar No. 14745
　　　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　*Attorneys for Plaintiff Jacqueline Steinmetz*  3161 Michelson Drive, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92612-4408

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　　　*Experian Information Solutions, Inc.*


**IT IS SO ORDERED.**

Dated: April 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000