UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>                Plaintiff,<br>v.<br><br>AMERICA HONDA FINANCE, *et al.*,<br><br>                Defendants. | Case No. 2:19-cv-00067-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to File Sur-reply (ECF Nos. 67, 68), filed on April 29, 2019.

Plaintiff requests leave to file a five page sur-reply to address new evidence introduced by Defendant Experience Information Solutions, Inc. in its reply in support of its motion to stay and for a protective order. ECF Nos. 65, 66. A party is permitted to file a sur-reply only by leave of court and motions for leave to file a sur-reply are discouraged. *See* LR 7-2(b). The Court may grant leave to file a sur-reply if new matters are raised for the first time in the reply to which a party would otherwise be unable to respond. *See United States v. Ormat Indus., Ltd*, 2016 WL 1298119, at \*6 (D. Nev. Apr. 1, 2016). The Court finds good cause to grant Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions for Leave to File Sur-reply (ECF Nos. 67, 68) are **granted**.

Dated this 1st day of May, 2019.

*George Foley Jr.*
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1