Lindsay C. Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as Chase Card)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING, LLC,<br><br>Defendants. | CASE NO. 2:19-cv-00067-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. (incorrectly named as Chase Card) TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Second Request) |

Chase Bank USA, N.A.'s (incorrectly named as "Chase Card") ("Chase") response to Plaintiff Jacqueline Steinmetz's ("Plaintiff") first amended complaint is currently due May 3, 2019. Chase and Plaintiff agree that Chase has up to and including May 10, 2019 to respond to Plaintiff's complaint, to provide time for the parties to continue to investigate Plaintiff's allegations and discuss potential resolution and, if needed, for Chase to prepare a response.

/ / /

/ / /

DMWEST #17703735 v1

1 | This is the second request for an extension, and it is made in good faith and
2 | not for purposes of delay.
3 | DATED this 3rd day of May, 2019

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Defendant Chase Bank USA, N.A.*<br>*(incorrectly named as Chase Card)* | By: /s/ Miles N. Clark<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>10040 W., Cheyenne Ave., Suite 170-109<br>Las Vegas, Nevada 89129<br>(702)-825-6060<br><br>HAINES & KRIEGER<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 5/6/2019

DMWEST #17703735 v1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, on May 5, 2019, I served the above-referenced STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. (incorrectly named as Chase Card) TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Second Request) through the Court's CM/ECF filing system on all parties in interest.

/s/ Lindsay Demaree

An employee of Ballard Spahr

3

DMWEST #17703735 v1