Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ, | Case No.: 2:19-cv-00067-APG-GWF |
| Plaintiffs, | **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT** |
| vs. | |
| AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING, LLC, | **[SECOND REQUEST]** |
| Defendants. | **ORDER** |

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST] - 1

Plaintiff Jacqueline Steinmetz ("Plaintiff") and Defendant American Honda Finance ("AHF") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend Plaintiff's deadline to file a Response to AHF's Motion to Dismiss Amended Complaint (14) fourteen days:

1. On January 10, 2019, Plaintiffs filed a Complaint [ECF Dkt. 1].

2. On February 25, 2019, Experian filed a Motion to Dismiss the Complaint [ECF Dkt.14].

3. On March 11, 2019, Plaintiffs filed an Amended Complaint [ECF Dkt. 28].

4. On April 3, 2019 AHF filed a Motion to Dismiss the Amended Complaint [ECF Dkt. 47].

5. On April 15, 2019, the Parties stipulated to extend Plaintiff's deadline to respond to AHF's Motion to Dismiss Amended Complaint to May 8, 2019 [ECF Dkt. 54].

6. Plaintiff and AHF have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to further consider the issues in AHF's motion, as well as to continue exploration of the resolution of this case. As a result, both Plaintiff and AHF hereby request this Court to further extend the date for Plaintiff to respond to AHF's Motion to Dismiss Amended Complaint until **May 22, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 8, 2019.

//

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST] - 2

IT IS SO STIPULATED.

Dated May 7, 2019.

| **KNEPPER & CLARK LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Chad C. Butterfield* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Chad C. Butterfield, Esq.<br>Nevada Bar No. 10532<br>300 South Fourth St., 11th Floor<br>Las Vegas, NV 89101<br>Email: chad.butterfield@wilsonelser.com<br><br>*Counsel for Defendant*<br>*American Honda Finance* |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | |

*Steinmetz v. American Honda Finance et al*
2:19-cv-00067-APG-GWF

### ORDER GRANTING
### STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
### MOTION TO DISMISS AMENDED COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [SECOND REQUEST] - 3