Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING, LLC,<br><br>Defendants. | Case No.: 2:19-cv-00067-APG-GWF<br><br>**JOINT MOTION TO DISMISS TRANS UNION WITH PREJUDICE** |

Plaintiff Jacqueline Steinmetz ("Plaintiff") and Defendant Trans Union LLC. ("Trans Union") (collectively the "Parties"), by and through their counsel of record hereby move jointly to

JOINT MOTION TO DISMISS TRANS UNION WITH PREJUDICE - 1

dismiss all of Plaintiff's claims against Trans Union, in this case with prejudice, on the merits, and without costs or disbursements to any party.

1. The Parties settled this matter and filed a Notice of Settlement on March 15, 2019 [Dkt. 32].

2. The terms of the Settlement Agreement are completed and the Parties have agreed to dismiss Trans Union with prejudice.

Dated May 17, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6228 |
| Miles N. Clark, Esq. | Trevor Waite, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13779 |
| 10040 W. Cheyenne Ave., Suite 170-109 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89149 |
| Email: matthew.knepper@knepperclark.com | Email: kbonds@alversontaylor.com |
| Email: miles.clark@knepperclark.com | Email: twaite@alversontaylor.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Trans Union LLC* |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

# **ORDER GRANTING**

# **JOINT MOTION TO DISMISS TRANS UNION WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 20, 2019.