Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE STEINMETZ | Case No.: 2:19-cv-00067-APG-GWF |
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME FOR AMERICAN HONDA FINANCE CORPORATION TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; AND SELECT PORTFOLIO SERVICING, LLC, | **(First Request)** |
| Defendants. | **ORDER** |

Defendant, AMERICAN HONDA FINANCE CORPORATION (erroneously sued as American Honda Finance, and hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, JACQUELINE STEINMETZ, by and through her counsel of record, MILES N. CLARK, ESQ. of the law firm KNEPPER & CLARK LLC hereby jointly move to extend AHFC's deadline to file a Reply in Support of Motion to Dismiss Amended Complaint by seven (7) days.

1. On January 10, 2019, Plaintiff filed a Complaint (ECF No. 1).

2. On March 1, 2019, AHFC filed an Answer to the Complaint (ECF No. 23).

3. On March 11, 2019, Plaintiff filed an Amended Complaint (ECF No. 28).

4. On April 3, 2019, AHFC filed a Motion to Dismiss the Amended Complaint (ECF No. 47).

5. On May 22, 2019, Plaintiff filed a Response to AHFC's Motion to Dismiss the Amended Complaint (ECF No. 87).

1

6. AHFC and Plaintiff have agreed to extend the deadline for AHFC to file its Reply in Support of Motion to Dismiss the Amended Complaint by seven (7) days to allow AHFC to further consider the issues in Plaintiff's Response to the Motion to Dismiss, as well as to continue exploration of the resolution of this case. As a result, both AHFC and Plaintiff request this Court to further extend the date for AHFC to file its Reply in Support of Motion to Dismiss Amended Complaint until June 5, 2019. This joint motion is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED

DATED this 29th day of May, 2019.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 29th day of May, 2019.

**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorney for Plaintiff Jacqueline Steinmetz*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

1469938V.1