| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | WRIGHT, FINLAY & ZAK, LLP<br>Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>Robert Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>rriether@wrightlegal.net<br>*Attorneys for Defendant, Select Portfolio Servicing, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; AND SELECT PORTFOLIO SERVICING, LLC,<br><br>Defendant. | Case No.: 2:19-cv-00067-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN PLAINTIFF AND SELECT PORTFOLIO SERVICING, INC.** |

///

///

///

///

///

///

///

///

## STIPULATION AND ORDER TO DISMISS CLAIMS BETWEEN PLAINTIFF AND SELECT PORTFOLIO SERVICING, INC.

COMES NOW Plaintiff, Jacqueline Steinmetz ("Plaintiff"), and Defendant, Select Portfolio Servicing, Inc. ("SPS") (collectively the "Parties"), by and through their counsel of record, hereby stipulate that, pursuant to settlement amongst the Parties, all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

DATED this 27th day of June, 2019.　　　　DATED this 27th day of June, 2019.

WRIGHT, FINLAY & ZAK, LLP　　　　　　KNEPPER & CLARK LLC

*/s/ Robert A. Riether*　　　　　　　　　　　*/s/ Miles N. Clark*
Matthew S. Carter, Esq.　　　　　　　　　Matthew I. Knepper, Esq.
Nevada Bar No. 9524　　　　　　　　　　Nevada Bar No. 12796
Robert Riether, Esq.　　　　　　　　　　　Miles N. Clark, Esq.
Nevada Bar No. 12076　　　　　　　　　　Nevada Bar No. 13848
7785 W. Sahara Ave., Suite 200　　　　　　10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89117　　　　　　　　　　Las Vegas, NV 89129
*Attorneys for Defendant, Select Portfolio*　　*Attorneys for Plaintiff, Jacquenline*
*Servicing, Inc.*　　　　　　　　　　　　　*Steinmetz*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 27, 2019.