Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING, LLC,<br><br>Defendants. | Case No.: 2:19-cv-00067-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR REMAINING BRIEFING ON JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE BANK USA, N.A.'S (INCORRECTLY NAMED AS "CHASE CARD") MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST**<br><br>**ORDER** |

STIPULATION TO EXTEND TIME FOR REMAINING BRIEFING ON JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TOCHASE BANK USA, N.A.'S (INCORRECTLY NAMED AS "CHASE CARD") MOTION FOR SUMMARY JUDGMENTFIRST REQUEST - 1

Plaintiff Jacqueline Steinmetz ("Plaintiff"), by and through her counsel of record, and Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Bank USA, N.A., (incorrectly named as "Chase Card") ("Chase") have agreed and stipulated to the following:

1. On August 28, 2019, Chase filed a Motion for Summary Judgment [ECF Dkt. 98].

2. Plaintiff's Response is due September 18, 2019.

3. Plaintiff and Chase have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend Chase's deadline to file a reply in support of its motion for fourteen days for the same reasons. The parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy. As a result, both Plaintiff and Chase hereby request this Court to further extend the date for Plaintiff to respond to Chase's Motion for Summary Judgment until **October 2, 2019** and to extend the date for Chase to file its Reply until **October 30, 2019**. This stipulation is made in good faith, is not interposed for delay,

//

//

//

//

//

//

//

//

//

STIPULATION TO EXTEND TIME FOR REMAINING BRIEFING ON JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TOCHASE BANK USA, N.A.'S (INCORRECTLY NAMED AS "CHASE CARD") MOTION FOR SUMMARY JUDGMENTFIRST REQUEST - 2

and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated September 17, 2019.

| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Joel E. Tasca* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: tasca@ballardspahr.com<br>Email: demareel@ballardspahr.com<br><br>*Counsel for Defendant*<br>*JPMorgan Chase Bank, N.A., successor by merger to Chase Bank USA, N.A., (incorrectly named as "Chase Card")* |

*Steinmetz v. American Honda Finance et al*
*2:19-cv-00067-APG-EJY*

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR REMAINING BRIEFING ON JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE BANK USA, N.A.'S (incorrectly named as "Chase Card") MOTION FOR SUMMARY JUDGMENT**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 1, 2019.

STIPULATION TO EXTEND TIME FOR REMAINING BRIEFING ON JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TOCHASE BANK USA, N.A.'S (INCORRECTLY NAMED AS "CHASE CARD") MOTION FOR SUMMARY JUDGMENTFIRST REQUEST - 3