Joel E. Tasca
Nevada Bar No. 12124
Lindsay C. Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant Chase Bank USA, N.A. (incorrectly named as Chase Card)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE STEINMETZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE; CHASE CARD; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.; TRANS UNION LLC; and SELECT PORTFOLIO SERVICING, LLC,<br><br>Defendants. | CASE NO. 2:19-cv-00067-APG-EJY<br><br>**JOINT MOTION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. (incorrectly named as Chase Card) TO FILE ITS REPLY IN SUPPORT OF SUMMARY JUDGMENT**<br><br>(Second Request) |

Chase Bank USA, N.A.'s (incorrectly named as "Chase Card") ("Chase") reply in support of its motion for summary judgment (ECF No. 98) currently is due October 30, 2019. Chase and Plaintiff Jacqueline Steinmetz ("Plaintiff") agree that Chase may have until November 8, 2019 to file its reply brief. Chase requests the additional time, so its counsel, who is on maternity leave, has sufficient time to address the issues raised in Plaintiff's opposition brief.

The parties requested an extension to the summary judgment briefing schedule, which the Court granted on October 1, 2019. *See* ECF No. 107. This is the

DMWEST #17703735 v1

second request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 29TH day of October, 2019

| BALLARD SPAHR LLP | KNEPPER & CLARK LLC |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Defendant Chase Bank USA, N.A.<br>(incorrectly named as Chase Card)* | By: /s/ Miles Clark<br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>10040 W., Cheyenne Ave., Suite 170-109<br>Las Vegas, Nevada 89129<br>(702)-825-6060<br><br>HAINES & KRIEGER<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: October 30, 2019.

DMWEST #17703735 v1